ROBERT P. HENK, ESQ., SBN 147490
Email: henkleonard@aol.com
SHERI L. LEONARD, ESQ., SBN 173544
HENK LEONARD
A Professional Law Corporation
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone: 916.787.4544
Facsimile: 916.787.4530

Attorneys for Plaintiff
ROBERT WATERBURY

VILLARREAL HUTNER & TODD PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhtattorneys.com
ROSS BOUGHTON, ESQ., Cal. Bar No. 241119
E-Mail: rboughton@vhtattorneys.com
DAVID A. LUCERO., Cal. Bar No. 253300
E-Mail: dlucero@vhtattorneys.com
575 Market Street, Suite 1700
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WATERBURY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1 through 5, inclusive,<br><br>    Defendants. | **CASE NO. 2:12-cv-01911-WBS-CKD**<br><br>**JOINT STIPULATION TO STRIKE PLAINTIFF'S PRETRIAL STATEMENT, REMOVE IT FROM PUBLIC VIEW AND PERMIT PLAINTIFF TO FILE AN AMENDED PRETRIAL STATEMENT; [PROPOSED] ORDER THEREON**<br><br>Date:   February 18, 2014<br>Time:  2:00 p.m.<br>Dept.:  5<br>Action Filed: June 20, 2012<br>Trial Date:   April 14, 2014 |

{100071124}

Plaintiff Robert Waterbury ("Plaintiff") and Defendant United Parcel Service, Inc. ("UPS"), by and through their counsel, hereby stipulate, and respectfully request that the Court strike Plaintiff's current Pretrial Statement and remove it from the docket and public record as if it were not filed.  The Parties further jointly request that Plaintiff be permitted to file a new, amended Pretrial Statement to replace the original Pretrial Statement.

## I. GOOD CAUSE EXISTS TO STRIKE PLAINTIFF'S PRETRIAL STATEMENT

The parties have a trial date of April 1, 2014.  On February 4, 2014, Plaintiff filed his Pretrial Statement and accidently included details from privileged settlement communications on page 6, section 16.

Good cause exists to strike Plaintiff's Pretrial Statement, as the settlement communications described in the Pretrial Statement were privileged pursuant to Federal Rule of Evidence 408, and either or both parties may suffer undue prejudice if such communications remain visible to the public.  The Parties jointly agree, therefore, that the settlement amounts should not have been included in Plaintiff's Pretrial Statement and should not appear in the public record.

## II. RELIEF SOUGHT

To correct the above oversight, the Parties jointly request that the Court (1) strike Plaintiff's current Pretrial Statement; (2) remove Plaintiff's current Pretrial Statement from the docket and public record as if it were not filed; and (3) permit Plaintiff to file a new, amended Pretrial Statement to replace the original Pretrial Statement.

SO STIPULATED.

| | | |
|---|---|---|
| Dated: February 4, 2014 | HENKLEONARD | |
| | By | */s/ Sheri L. Leonard* |
| | | SHERI L. LEONARD |
| | | Attorneys for Plaintiff |
| | | ROBERTY WATERBURY |
| Dated: February 4, 2014 | VILLARREAL HUTNER & TODD PC | |
| | By | */s/ Ross Boughton* |
| | | Ross Boughton |
| | | David A. Lucero |
| | | Attorneys for Defendant |
| | | UNITED PARCEL SERVICE, INC. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff's current Pretrial Statement is stricken and removed from the docket and public record as if it were not filed, and Plaintiff is permitted to file a new, amended Pretrial Statement to replace the original Pretrial Statement.

Dated: February 5, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE