1  VILLARREAL HUTNER & TODD PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
   E-Mail: lhutner@vhattorneys.com
2  ROSS BOUGHTON, ESQ., Cal. Bar No. 241119
   E-Mail: rboughton@vhattorneys.com
3  DAVID LUCERO, ESQ., Cal. Bar No. 253300
   E-mail: dlucero@vhattorneys.com
4  575 Market Street, Suite 1700
   San Francisco, California 94105
5  Telephone: 415.543.4200
   Facsimile: 415.512.7674
6
   Attorneys for Defendant
7  UNITED PARCEL SERVICE, INC.

8  ROBERT P. HENK, ESQ., SBN 147490
   Email: henkleonard@aol.com
9  SHERI L. LEONARD, ESQ., SBN 173544
   HENK LEONARD
10 A Professional Law Corporation
   2260 Douglas Blvd., Suite 200
11 Roseville, CA 95661
   Telephone: 916.787.4544
12 Facsimile: 916.787.4530

13 Attorneys for Plaintiff
   ROBERT WATERBURY
14

15                    UNITED STATES DISTRICT COURT

16        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

17

18 ROBERT WATERBURY,                    CASE NO. 2:12-cv-01911-WBS-CKD

19        Plaintiff,                     JOINT STIPULATION IN RESPONSE TO
                                         THE FINAL PRE-TRIAL ORDER TO
20        v.                             CONTINUE THE TRIAL DATE TO APRIL
                                         21, 2014 OR THE NEXT AVAILABLE
21 UNITED PARCEL SERVICE, INC., and      DATE AFTER MAY 5, 2014, EXCEPT MAY
   DOES 1 through 5, inclusive,          15, 2014 THROUGH MAY 24, 2014 AND
22                                       JUNE 8, 2014 THROUGH JUNE 12, 2014

23                                       Trial Date:  April 1, 2014

        Defendants.
24

25

26

27 {100071671 }
   CASE NO. 2:12-cv-01911-WBS-CKD        JOINT STIPULATION IN RESPONSE TO THE FINAL PRE-TRIAL
                                         ORDER TO CONTINUE THE TRIAL DATE TO APRIL 21, 2014 OR
28                                       THE NEXT AVAILABLE DATE AFTER MAY 5, 2014, EXCEPT MAY
                                         15, 2014 THROUGH MAY 24, 2014 AND JUNE 8, 2014 THROUGH
                                         JUNE 12, 2014

1    Plaintiff Robert Waterbury ("Plaintiff") and Defendant United Parcel Service, Inc. ("UPS")

2  (collectively "the Parties"), by and through their counsel, hereby stipulate, and respectfully request

3  in response to the Final Pre-Trial Order that the Court continue the *Waterbury* trial date from April

4  1, 2014 to April 21, 2014, or the next available date after May 5, 2014, except May 15-24, 2014

5  and June 8, 2014 through June 12, 2014.

6  **I.      GOOD CAUSE EXISTS**

7    On February 18, 2014, the Parties participated in a pre-trial conference with this Court.

8  One of the topics discussed was the current trial date of April 1, 2014.  The Court indicated there

9  was a possibility that the trial date may be delayed by a few days due to a number of other trials on

10  calendar.  At the time of this conference, UPS' counsel anticipated that another matter that is

11  scheduled for trial on April 7, 2014 and for which they are trial counsel of record, would resolve

12  imminently through the follow-up efforts of the mediator.  The other matter is entitled *Aguilar v.*

13  *ABM Industries, Inc.*, Case No. HG10521626, venued in Alameda County before Judge Robert

14  Freedman.

15    On February 19, 2014, the Court issued its Final Pre-Trial Order.  The Order provides that

16  the parties have five court days from the file-stamped date of the Order to object or suggest

17  modifications to the Order.

18    Following receipt of the Court's Final Pre-Trial Order, it became apparent to UPS' counsel

19  that the mediator's efforts to resolve Aguilar matter were unsuccessful and the matter is pushing

20  forward to trial.  UPS' counsel now fears the *Aguilar* and the *Waterbury* trials may run into each

21  other, thereby causing a scheduling issue for UPS' counsel.

22  **II.      RELIEF SOUGHT**

23    Based on the foregoing, the Parties jointly request that the Court continue the *Waterbury*

24  trial date to April 21, 2014, or the next available date after May 5, 2014, except May 15-24, 2014

25  and June 8, 2014 through June 12, 2014 in order to prevent the otherwise-inevitable overlap.

26

{100071671 }                                              -3-

27  CASE NO. 2:12-cv-01911-WBS-CKD        JOINT STIPULATION IN RESPONSE TO THE FINAL PRE-TRIAL
                                         ORDER TO CONTINUE THE TRIAL DATE TO APRIL 21, 2014 OR
28                                       THE NEXT AVAILABLE DATE AFTER MAY 5, 2014, EXCEPT MAY
                                         15, 2014 THROUGH MAY 24, 2014 AND JUNE 8, 2014 THROUGH
                                         JUNE 12, 2014

**SO STIPULATED.**

Dated:  February 24, 2014          VILLARREAL HUTNER & TODD PC


By _____/s/ Ross Boughton_____
         Ross Boughton
         David A. Lucero

         Attorneys for Defendant
         UNITED PARCEL SERVICE, INC.


Dated:  February 24, 2014          HENKLEONARD


By _____/s/ Robert P. Henk_____
         ROBERT P. HENK

         Attorneys for Plaintiff
         ROBERTY WATERBURY


**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the *Waterbury* trial date is

continued to April 22, 2014 at 9:00 a.m.

Dated:  February 25, 2014


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


{100071671 }                              -3-
CASE NO. 2:12-cv-01911-WBS-CKD     JOINT STIPULATION IN RESPONSE TO THE FINAL PRE-TRIAL
ORDER TO CONTINUE THE TRIAL DATE TO APRIL 21, 2014 OR
THE NEXT AVAILABLE DATE AFTER MAY 5, 2014, EXCEPT MAY
15, 2014 THROUGH MAY 24, 2014 AND JUNE 8, 2014 THROUGH
JUNE 12, 2014