ROBERT P. HENK, ESQ., SBN 147490
Email: henkleonard@aol.com
SHERI L. LEONARD, ESQ., SBN 173544
HENK LEONARD
A Professional Law Corporation
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone: 916.787.4544
Facsimile: 916.787.4530

Attorneys for Plaintiff
ROBERT WATERBURY

VILLARREAL HUTNER & TODD PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhtattorneys.com
ROSS BOUGHTON, ESQ., Cal. Bar No. 241119
E-Mail: rboughton@vhtattorneys.com
DAVID A. LUCERO., Cal. Bar No. 253300
E-Mail: dlucero@vhtattorneys.com
575 Market Street, Suite 1700
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WATERBURY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1 through 5, inclusive,<br><br><br>    Defendants. | CASE NO. 2:12-cv-01911-WBS-CKD<br><br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR REQUEST FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(2), each party to bear their own fees and costs.

IT IS SO STIPULATED:

Dated:  April 10, 2014

HENK LEONARD
A Professional Law Corporation


By   */s/ Sheri L. Leonard*
     SHERI L. LEONARD
     Attorneys for Plaintiff
     ROBERTY WATERBURY

Dated:  April 10, 2014

VILLARREAL HUTNER & TODD PC

     /s/*Ross Boughton (As Authorized on 4/10/14)*
By
     ROSS BOUGHTON
     DAVID A. LUCERO
     Attorneys for Defendant
     UNITED PARCEL SERVICE, INC.

IT IS SO ORDERED.

Dated:  April 10, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order for
Request for Dismissal

2